# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

)
)  Case No.  __1:26CV8__
)  (to be filled in by the Clerk's Office)
)

MICHAEL JOHNSON

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CITY OF DURHAM BO.F.ERGUSON
MICHAEL ANTHONY MERIDITH CARL ROST
LEONARDO WILLIAMS JAVIER CABALLERO
P. DUNN ITSI CHELSEA COOK

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)  Jury Trial: (check one)  ☑ Yes  ☐ No
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                MICHAEL JOHNSON
Street Address      810 Cleveland street
City and County     Durham, N.C.
State and Zip Code  N.C. 27301
Telephone Number    (919) 584-9109 - 564-9106
E-mail Address      N/A

#### B. The Defendant(s) CITY OF Durham Government/Network authors

WILLIAMS BO. FERGUSON LEONARDO WILLIAMS

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

JAVIER CABALLERO, DEWANE 7th 11 / CHELSEA COOK

CARL ROST

Page 1 of 5

Defendant No. 1

    Name      City of Durham

    Job or Title *(if known)*      Municipality Government

    Street Address      101 City Hall Plaza

    City and County      Durham

    State and Zip Code      N.C. 27701

    Telephone Number      919 560-1200

    E-mail Address *(if known)*

Defendant No. 2

    Name      Bo Ferguson

    Job or Title *(if known)*      Manager

    Street Address      101 City Hall Plaza

    City and County      Durham N.C.

    State and Zip Code      N.C. 27701

    Telephone Number      919 560-1200

    E-mail Address *(if known)*

Defendant No. 3

    Name      Mark Anthony Middleton

    Job or Title *(if known)*      City Councilman

    Street Address      101 City Hall Plaza

    City and County      Durham N.C.

    State and Zip Code      N.C. 27701

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name      Leonardo Williams - Mr.

    Job or Title *(if known)*      Mayor

    Street Address      101 City Hall Plaza

    City and County      Durham

    State and Zip Code      N.C. 27701

    Telephone Number      919 560-1200

    E-mail Address *(if known)*

Case 1:26-cv-00008-DAB-LPA    Document 1    Filed 01/05/26    Page 2 of 27

<u>Defendants</u>

5. JAVIER CABALLERO          councilman
105 City Hall Plaza
Durham, N.C. 27701
(919) 560-1200

6. DEANNE HULL          councilman
105 City Hall Plaza          (919) 560-1200
Durham, N.C. 27701

7. CARL RIST          councilman
105 City Hall Plaza
Durham, N.C. 27701
(919) 560-1200

8. NATE BAKER          councilman

9. DEDREANA FREEMAN          councilman

10 BO-FERGUSON          City manager

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *42 U.S.C. 1983  14th Ad mendment  6th Admendment*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _MICHAEL JOHNSON_ , is a citizen of the State of *(name)* _N. C._ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)*

_____ .

Page 3 of 5

b.    If the defendant is a corporation

The defendant, *(name)* _City of Durham_ , is incorporated under

the laws of the State of *(name)* _City of Durham_ , and has its

principal place of business in the State of *(name)* _North Carolina_ .

Or is incorporated under the laws of *(foreign nation)* _N/A_ ,

and has its principal place of business in *(name)* _City of Durham-Cooperman_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

(200M) Compensatory Punitive (600M)

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Email Det City of Durham - City Manager BO-Ferguson illegal Gap funding $1 Million to Pacuate Developer Blackout from Media 2010 Blackouted Emmy media Javier Caballero Deann Hall, Mark Wollonaic Chris Rest Chris Cook

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory Damages (200M)

Punitive Damages            600 Million

Case 1:26-cv-00008-DAB-LPA    Document 1    Filed 01/05/26    Page 5 of 27

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1/5/24

Signature of Plaintiff    _PRO SE_

Printed Name of Plaintiff    MICHAEL JOHNSON

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Invoked 28 U.S.C. § 1331

UNITED STATES DISTRICT
COURT FOR THE
MIDDLE DISTRICT
OF
NORTH CAROLINA

MICHAEL JOHNSON (WHISTLE BLOWER
Plaintiff    INSPECTOR General)

V.
CITY OF DURHAM ETL. BO FERGUSON — MANAGER CDX "INVOKED EDX"

MARK ANTHONY MIDDLETON COUNCILMAN
(NATE BAKER) LEONARDO WILLIAMS MAYOR
JAVIER CABALLERO COUNCILMAN
DEANNI HUI    COUNCIL MEMBER
CHELSEA COOK. COUNCILMAN
CARL RIST    COUNCILMAN
DEDR DEFENDANTS
DEDREANA FREEMAN COUNCILMAN
NATE BAKER COUNCILP. 1
BO-FERGUSON MANAGER

# WITNESS-SHEET

1. PAUL MARTIN'S CRIMINAL SHIELDING, PUT CART BEFORE THE HORSE! REFUSING TO ARREST CITY MANAGER BONFIELD, POLICE CHIEF C. J. DAVIS

LETS NOT INVOLVE "BILL BELL"

NON-ENFORCEMENT ILLEGAL ATTEMPT TO SHIELD ASSOCIATES FROM LOCAL JURISDICTION.

AAA

2. McKISSICKS JR. Illegally Suspend Plaintiff 6 months out of work. To facilitate 2017 Blackout

3. COMMUNICATION blackout 2017 documented BLACKout. Of 2017 VICTORY documented CITY Leadership hanging up on MAYORAL Candidate MICHAEL JOHNSON. Failed to answer Phone Calls BAD FAITH OBSTRUCTION!

8

4. LISA WILLIAMS WITNESS fraud.

LISA WILLIAMS (WITNESSED fraud.)

10 Minute verdict black out 2017
City of Decatur & Wal Mart verdict.

5 A. 42 U.S.C.§ 1983 DEPRIVATION

OF RIGHTS. UNDER Color of LAW

Systemically deprived Plaintiff
RIGHTS secured by Constitution.
(PAUL MARTENS hand off)

B. 14th Amendment violations Due Process
EQUAL Protection

9

<u>WITNESS</u>

6. LORETTA LYNCH — former Attorney General

7. CJ DAVIS — former Police Chief

8. GEORGE B. FEARE — LT. Colonel Retired

~~PAUL HOLSTEN~~

9. WILLIAM "Bill" Bell — former MAYOR

10. RICK Hester — N.I.S. City of Durham,

W.D.

COMPLAINT FOR VIOLATIONS OF

CIVIL RIGHTS

42 U.S.C. 1983 14th Amendment 2 84,5,1331

THIS ACTION IS BROUGHT to Address decades-
Long Patterns of "Political shielding *"
Jurisdictional MALPRACTICE;

1. 2010 destruction of Pro Route Bulldope
   House at 1010 Washington Street
   RICKY Hester 2nd in Command N.I.S. Department

   Boza Second dozen Knocking Down
   60 10 Washington Street House.

2. 2018 Illegal F.B.I. hand off by

   MAYTOR PAUL Mitchtrow.

P.2A

A 2 Under Rule 26C

1. Registration of Exclusive Rights

2. Request for HIPAA Proprietary Protection

3 Protections Against unjust enrichment,

4. NON Waiveable of Public. Cost of Quantum Rights

THE COURT MAY Grant other Actions Just And Proper.

P.2A3

# INJUNCTION TAX & ASSET Freeze

THIS demand seeks Immediate Judicial freeze on ALL Property taxes Assessments, Collections, Taxing While the City Actively blocks development constitutes a taking without due Process under the fifth Amendment, IN the middle District of North Carolina. This Court has Jurisdiction of this matter.

P.1

## STATEMENT OF FACTS

3. FLOYD B. McKISSICK 1997

6 MONTH EMPLOYMENT OBSTRUCTION;

4. Blackout NEWS MICHAEL JOHNSON

Defeats City of Durham—WAL-MART 2018

Billion dollar COMPANY IN 10 MINS

JURY Verdict!

5. Due PROCESS VIOLATION; OFFICALS bypassed

Legal 10 day Appeal window for the Plaintiff

Appeal Rights

6. CHAIN OFF COMMAND ENFORCE printed orders

from Mayors Office

7. Evidence Suppression Testimony Interferand

Intimidation of the Witness

P.3↑

COMPLAINT:
Quick Strike:

# FACTS ***

## 1. GAP FINANCING & GRANT FRAUD

CITY OF DURHAM ILLEGALLY
LEVERAGES GAP FINANCING
FEDERAL GRANTS to BAIL OUT failed
CORPORATE developers

DIVERSION of PUBLIC FUNDS creates a
PAY-to-PLAY SCHEME SUPPRESSES PROPERTY
VALUE WHILE SUBSIDIZING PREFERRED
INSIDERS.

P. 1A

## 3. INJUNCTION CEASE ¢ DESIST

## HARRASSMENT

THIS COURT ENJOIN ALL CITY AGENTS code enforcement Planning departments from contacting or entering Properties 810 Cleveland STREET 302 MARLOW, STREET 1010 Washington STREET. 304 MARLOW, STREETS during settlement PHASE 1 YR.

## BlackoUT ¢ PROTOCOL BREACH

4. 10 minute blackout readout and hand-off to federal authorities were tactical delay. Political shielding used to Protect the chain off command.

P. 3

CITY of Durham's GAP to Nuclear
bail outs Rentard developers
(HARMON) While weaponizing
code enforcement AGAINST Plaintiffs
PRoPerty. 302 304 Macow 810 Cleveland
1010 Washington Street located in
Durham County. Class I. discontinuation

PLAN B settlement Vs. Nuclear
deal (200 m)

Punitive TRIGGER

FAILURE TO ACCEPT will Result in
(600 M) Punitive DAMAGES Claim
To Punish deter such Systemic
MUNICIPAL CORRUPTION.

6    WHEREFORE, Plaintiff Respectfully

1. Pray I. Injuctive Relief

2. Compensatory Damages $ 2.00,304000.00

3 Punitive Damages Willful unheard of Acts Malicious, high malice offensns [600M.] Nuclear Punitive Damages Award. deterent Government cullesun Corporate Gap" financial fraud. Trial by Jury.

By_____

Michael Johnson / Stockerband
Durham 27701

6. Nuclear Settlement. (200 M)

Under Plan B." 200 Million Abatement Settlement

This Court may order other Actions Just and Proper.

Wherefore Plaintiff Respectfully Pray

This 200 Million be Awarded to Plaintiff Michael Johnson In the Near Future!

By _____
MICHAEL JOHNSON
810 Cleveland Street
Durham, N.C. 27001
PRO-SE

P. 4

1. Precedent U.S. evrel MARCUS V. HESS

2. Injunction: Tax Freeze
   Millken V. Standard Nut MARGarhure CO

3 Injunction: Cease Harassement
   Precedent Chicago V. Morales

   Stops weaponized enforcement.
   By City of Durham Inspectors!
   duetwer Litigation Due Process Clause

   of 14th Amendment.

4. Procedural Blackout Protocol
   Precedent Carey V. Diphus.

5. Market Authority Shield
   P. — Citizens united V schweikerimith
   Better homes & gardens establishes
   Plausable High Value!

   Pg6

200 M NUCLEAR VERDICT

1. - TRM 85 V. INDIANA

ARGUMENT EXCESSIVE fines and PROPERTY
SEIZURES ARE PROHIBITED.
200 Million as the only cure for cost of
burnouts System. Collusion and
Successor breach, Agreement, breach
CIVIL RIGHTS VIOLATION:

Count 1 CAUSES of Action VIOLATION $ 47 U.S.C.
§ 1983) DEPRIVATION OF RIGHTS under Color
OF LAW.

Count 2 of contract consumer Illegal Restraint of
trade CORPORATE-Government Collusion;

Count 3             Procedural Due Process failure:
        Related to Blackout verdict, lack of com-
munication

P.4

WILLIAM Bill Bell

To Testify ON NIS department of

Protocol breaches directives

CITY-WIDE financial strategies

Im Proper use of Surveillance camera

1 Do not Delete ANY footage ON CAMERA

2. Duty to Preserve STOP all Automated services

3. CHAIN Custody breakment log of Who's
handled tracking

4. Natieve format order origall file with
metadata data only

order [signature]

P. ? A

Case 1:26-cv-00008-DAB-LPA    Document 1    Filed 01/05/26    Page 23 of 27

20. 2010 Bulldozing on 1010 Washington St

News Blackout 90 year old House

History house Total shock an Att did not

Give home owner time to ask Appeal !

Whereofore Pray for Real
1. THE WELFARE CLAUSE To Protect General

Welfare of the Public, Plaintiff, that court

Grant Relief from continuous relief shielding

Mattran Infraction 2018. Mayor

RACE PLAINTIFF WAS MAYORAL CANDIDATE

Under Penalty of Perjury

_____

MICHAEL JOHNSON house

P. 8 A

# EXIBIT 1#

Blackout verdict Protocol

1 Exclusive Owernership ot Warrator

2, The Warrator Right

3. Trade Secret Privilege

4. Copyright & Work for Hire Protection

5. Anti Slander / Label Estoppel. barring

6 Protection from retramable the machine

Inaction

6. Exclusive Intellectual Property Resources

$D.$

# PRAYER of Relief

1. COMPENSATORY DAMAGES 200 Million.

2. Punitive DAMAGES to deter future Lockstep (600M)

3. Injunctive Relief. Mandatory Restructure of City-Corporate Oversight.

By

Michael Johnson
Pro-Se
810 Cleveland Street
Durham, N.C. 27701

Notary Seal 6

Sworn to and subscribed before me
this 5th day of January, 2026, by
Michael Johnson.

Notary Public

My commission expires: 01/27/2027

OFFICIAL SEAL
North Carolina - Durham County
WILLIAM W. BROWNING
Notary Public

p. 9

# CERTIFICATE OF SERVICE

"ALL DEFENDANTS SERVED BY CERTIFIED MAIL"

I hereby certify that a true copy correct of complaint, welfare clause and final settlement demand served upon the following.

Parties via certified mail this 5 day JAN 2026

Office of The Mayor Leonardo Williams
Office of City Manager W. Bowman
Anderson 101 City Hall Plaza
Durham N.C. 27701

Durham City Council Hardon

By [signature]