IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL JOHNSON,

Plaintiff,

v.

CITY OF DURHAM, *et al.*,

Defendants.

1:26-CV-00008

## **ORDER**

This Court previously allowed Johnson to amend his complaint with instructions that such amended complaint should be (1) a single, complete pleading that supersedes all prior complaints; (2) clearly identify each defendant; (3) be legible in a manner that permits meaningful review; and (4) otherwise comply with the Federal Rules of Civil Procedure and this Court's Local Rules. (D.E. 13.) Johnson subsequently filed three amended complaints (D.E. 15–17) and a document titled "Motion for Amended Complaint." (D.E. 18.) These documents do not constitute a single, complete pleading, fail to clearly identify each defendant, are not legible, and do not comply with the Federal Rules of Civil Procedure or this Court's Local Rules.

Because Johnson failed to comply with this Court's order (D.E. 13), the motion to amend complaint (D.E. 18) is DENIED and this action is DISMISSED WITHOUT PREJUDICE.

This the 2nd day of April, 2026.

 */s/ David A. Bragdon*
United States District Judge